IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| FRANCISCA CARRANZA | § | |
|    *PLAINTIFF,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:23-CV-00093 |
| | § | |
| SAM'S EAST, INC., | § | |
|    *DEFENDANT.* | § | |

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

*Comes Now* Francisco Carranza, hereinafter referred to as Plaintiff, complaining of and about Defendant Sam's East, Inc., hereinafter referred to as Defendant, and for causes of action files this Plaintiff's First Amended Complaint. In support thereof, Plaintiff would respectfully show unto the Court the following:

**I. PARTIES AND SERVICE**

1.1     Plaintiff, Francisca Carranza, is an Individual whose address is 8704 Puerto Alegre, Laredo, Texas 78045.

1.2     The last three numbers of Francisca Carranza's driver's license number are 388. The last three numbers of Francisca Carranza's social security number are 552.

1.3     Defendant Sam's East, Inc., a Corporation based in Texas, is organized under the laws of the State of Texas, with its principal office located in 702 S.W. 8th Street, Bentonville, Arkansas 72716. Defendant has appeared and answered.

## II. JURISDICTION AND VENUE

2.1    The Court has jurisdiction over this lawsuit under 28 U.S.C. §1332(a)(1) because the Plaintiff and Defendants are citizens of different U.S. states, and the amount in controversy exceeds $75,000.00, excluding interest and costs.

## III. VENUE

3.1    Venue is proper in this district under 28 U.S.C. §1391(b)(2) because a substantial part of the events or omissions giving rise to this claim occurred in this district.

## IV. CONDITIONS PRECEDENT

4.1    All conditions precedent have been performed or have occurred.

## V. FACTS

5.1    At all times material hereto, Defendant Sam's East, Inc. was the owner/operator of the premises located at 4810 San Bernardo Ave., Laredo, Texas 78041.

5.2    On November 12, 2022, Francisca Carranza entered upon said premises for the purpose of shopping for groceries. She entered on the said property of Defendant at the invitation of Defendant to engage in the act of shopping for groceries.

5.3    During the time that Francisca Carranza was upon Defendant's property, Francisca Carranza was seriously injured as a result of a dangerous condition in that there was water spillage in the area that the packaged water bottles are stacked.

5.4    Francisca Carranza's bodily injuries occurred as a direct result of a fall that was proximately caused by the dangerous condition described above, which Defendant knew or, in the exercise of ordinary care, should have known existed.

## VI. CAUSES OF ACTION

6.1     The statements above and below are incorporated and/or adopted here by reference as if set forth verbatim.

### LIABILITY OF DEFENDANT SAM'S EAST, INC.

6.2     At all times mentioned herein, Defendant Sam's East, Inc. owned/controlled/operated the property in question, located at 4810 San Bernardo Ave., Laredo, Texas 78041.

6.3     At all times mentioned herein, Defendant Sam's East, Inc. had such control over the premises in question that Defendant Sam's East, Inc. owed certain duties to Plaintiff, the breach of which proximately caused the injuries set forth herein.

6.4     Defendant Sam's East, Inc., Defendant's agents, servants, and employees negligently permitted the floor to become slippery with water spilled from the water packages, negligently or willfully allowed such condition to continue and negligently or willfully failed to warn Plaintiff of the condition of the floor. This condition existed despite the fact that Defendant Sam's East, Inc. or Defendant's agents knew or should have known of the existence of the aforementioned condition and that there was likelihood of a person being injured as occurred to Plaintiff.

6.5     Furthermore, Plaintiff would show the court that the condition of the floor had continued for such period that, had Defendant Sam's East, Inc. or Defendant's agents exercised ordinary care in the maintenance of the floor surface area, it would have been noticed and corrected by such persons.

6.6     At all times pertinent herein, Defendant Sam's East, Inc., and any of

Defendant's agents, who were acting in the scope of their employment, were guilty of negligent conduct toward the Plaintiff in:

    A.    Failing to properly inspect and maintain the flooring area in question to discover the dangerous condition;

    B.    Failing to maintain the floor in a reasonably safe condition;

    C.    Failing to give adequate and understandable warnings to Plaintiff of the unsafe condition of the flooring area;

    D.    Failing to give warnings to Plaintiff of the unsafe condition;

    E.    Failing to remove the water spill causing the slip and fall;

    F.    Failing to discover and remove the water spill within a reasonable time; and

    G.    Failing to provide mats or other preventative measures in an area prone to spills due to customer self-help.

## VII. DAMAGES FOR PLAINTIFF, FRANCISCA CARRANZA

7.1    As a direct and proximate result of the occurrence made the basis of this lawsuit, and Defendant's acts as described herein, Plaintiff, Francisca Carranza was caused to suffer grievous and painful injuries including fractures, contusions, swelling, spinal permanent damage, and bruising that has caused permanent damage and pain, and to endure anxiety, pain, and illness resulting in damages more fully set forth below.

7.2    As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Francisca Carranza has incurred the following damages:

    A.    Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, Francisca Carranza for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Webb County, Texas;

    B.    Reasonable and necessary medical care and expenses which will, in all reasonable probability, be incurred in the future;

    C.    Physical pain and suffering in the past;

    D.    Mental anguish in the past;

    E.    Physical pain and suffering in the future;

    F.    Mental anguish in the future;

    G.    Physical impairment in the past;

    H.    Physical impairment which, in all reasonable probability, will be suffered in the future;

    I.    Loss of earnings in the past; and

    J.    Loss of earning capacity which will, in all probability, be incurred in the future.

    7.3    By reason of the above, Plaintiff, Francisca Carranza has suffered losses and damages in a sum within the jurisdictional limits of the Court and for which this lawsuit is brought.

## **PRAYER**

For these reasons, Plaintiff asks for judgment against Defendant for the following:

    1.    Actual damages over one million dollars ($1,000,000).

    2.    Cost of suit;

    3.    Pre and post-judgment interest;

    4.    All other relief to which the Court deems Plaintiff is entitled to.

Respectfully submitted,

By: /s/ *Silverio Martinez*
    Silverio Martinez
    Attorney-in-Charge
    Texas Bar No. 24037040
    Southern District No. 34746
    1414 Victoria St.
    Laredo, Texas 78040
    (956) 724-5047
    (956) 284-0371 (Fax)

By: /s/ *Jorge A. Green*
    Jorge A. Green
    Of Counsel
    Texas Bar No. 24038023
    Southern District No. 34136
    jorge@thegreenlawfirm.com
    Leticia Garza
    Of Counsel
    Texas Bar No. 24092405
    Southern District No. 2526735
    lety@thegreenlawfirm.com

    **THE GREEN LAW FIRM, P.C.**
    34 S. Coria
    Brownsville, Texas 78520
    Telephone: (956) 542-7000
    Facsimile: (956) 542-7026

    *ATTORNEYS FOR PLAINTIFF*