United States District Court
Southern District of Texas
**ENTERED**
November 01, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **FRANCISCA CARRANZA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-00093 |
| | § | |
| **SAM'S EAST, INC.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal Pursuant to FRCP 41(a)(1)(A)(ii). (Dkt. No. 24). The stipulation provides that Plaintiff Francisca Carranza dismisses their claims against Defendant Sam's East, Inc. with prejudice. (*Id.*).

Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." *Id*. Here, the Stipulation states that Plaintiff dismisses their claims with prejudice against Defendant Sam's East, Inc. (Dkt. No. 24 at 1).

Because the stipulation is signed by counsel for all parties in this case, Plaintiff's claims against Defendant Sam's East, Inc. were **DISMISSED WITH PREJUDICE** effective upon the filing of the Stipulation of Dismissal, (Dkt. No. 24). *See Odle v. Flores*, 899 F.3d 344, 353–55 (5th Cir. 2017) ("[S]tipulated dismissals under Rule 41(a)(1)(A) . . . become effective immediately without further court order.").

The Clerk is hereby **DIRECTED** to terminate the case.

It is so **ORDERED**.

**SIGNED** on November 1, 2024.

John A. Kazen
United States District Judge